UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA,<br><br>                Plaintiff<br><br>v.<br><br>Tyrone Williams, *et al.*,<br><br>                Defendants | Case No. 2:22-cv-00382-CDS-VCF<br><br>**Order Granting Motion for Default Judgment**<br><br>[ECF No. 30] |

       Plaintiff National Union Fire Insurance Company of Pittsburgh, PA, moves for default judgment against all eight defendants, none of whom have appeared or participated in this litigation. Mot. for Default J., ECF No. 30. National Union has already obtained entry of default as to all defendants. ECF Nos. 22–29. On October 13, 2022, I held a hearing on National Union's default-judgment motion and heard argument from National Union's counsel about why default judgment is appropriate under the factors identified in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986). ECF No. 33. I ruled on the record that the motion for default judgment is granted. *Id.* The transcript of that hearing will serve as my decision on the default-judgment motion. As discussed during the hearing, I find that the *Eitel* factors weigh in favor of default judgment.

       IT IS THEREFORE ORDERED that under Federal Rule of Civil Procedure 55(b)(2), National Union's motion for default judgment **[ECF No. 30] is GRANTED**. National Union has until **November 22, 2022**, to file a motion for attorney's fees and costs, if it chooses to do so. With good cause appearing and no reason to delay, IT IS FURTHER ORDERED that the Clerk of Court is directed to **ENTER FINAL JUDGMENT against the defendants, jointly and severally, in the amount of $1,861,929.38** and CLOSE THIS CASE.

       DATED: November 7, 2022

                                                  _____
                                                  Cristina D. Silva
                                                  United States District Judge