# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiff, <br><br> v. <br><br> TYRONE WILLIAMS, et al., <br><br> Defendants. | Case No.: 2:22-cv-00382-CDS-NJK <br><br> **Order** <br><br> [Docket No. 52] |

Pending before the Court is a motion to withdraw as counsel for Defendant Tyrone Williams. Docket No. 52. *See* notice of corrected image. Docket No. 53. For good cause shown, the Court **GRANTS** the motion.

Defendant Williams either indicate to the Court that he intends to proceed *pro se*, or new counsel must enter an appearance on his behalf, no later than **January 10, 2025**.

The Clerk's Office is **INSTRUCTED** to update the docket to include Defendant Williams' address, as set forth in Docket No. 53 at 6.

Withdrawing counsel must serve a copy of this order on Defendant Williams no later than December 13, 2024, and must file a proof of service no later than December 16, 2024.

IT IS SO ORDERED.

Dated: December 11, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE