# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPNAY OF PITTSBURGH, PA., <br><br>   Plaintiff, <br><br> v. <br><br> TYRONE WILLIAMS, *et al.*, <br><br>   Defendants. | Case No. 2:22-cv-00382-CDS-NJK <br><br> **Order** <br><br> [Docket No. 57] |

Pending before the Court is the parties' proposed discovery plan.  Docket No. 57.

First, the discovery plan fails to identify when the Fed. R. Civ. P. 26(f) conference was held, or the deadline for the parties to exchange initial disclosures.  Fed. R. Civ. P. 26(a)(1)(C).

Second, the discovery plan fails to certify that the parties conferred about alternative dispute resolution.  *See* Local Rule 26-1(b)(8).  The parties also fail to certify that they conferred about alternative forms of case disposition, such as consent to a magistrate judge.  *See* Local Rule 26-1(b)(8).

Third, Defendant has demanded a jury trial.  Docket No. 49 at 1.  The parties fail to certify that they discussed whether they intend to present evidence in electronic format to jurors.  *See* Local Rule 26-1(b)(9).

Accordingly, the discovery plan is **DENIED** without prejudice.  Docket No. 57.  An amended discovery plan that complies with the local rules and all relevant standards must be filed by December 20, 2024.

IT IS SO ORDERED.

Dated: December 17, 2024

_____
Nancy J. Koppe
United States Magistrate Judge