# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

    Plaintiff,

v.

TYRONE WILLIAMS, *et al.*,

    Defendants.

Case No. 2:22-cv-00382-CDS-NJK

**Order**

    On December 17, 2024, the Court ordered the parties to file an amended discovery plan by December 20, 2024. Docket No. 58. The parties violated that order. The Court again orders the parties to file a discovery plan, this time by January 3, 2025. **FAILURE TO COMPLY MAY RESULT IN SANCTIONS.**

    IT IS SO ORDERED.

    Dated: December 30, 2024

                                                          _____
                                                           Nancy J. Koppe
                                                           United States Magistrate Judge