**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA., | Case No. 2:22-cv-00382-CDS-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 60] |
| TYRONE WILLIAMS, *et al*, | |
| Defendants. | |

Pending before the Court is Plaintiff's proposed discovery plan.  Docket No. 60.  On December 17, 2024, the Court denied without prejudice the parties' proposed discovery plan for failure to comply with the local rules.  Docket No. 58.  Plaintiff submits that counsel has attempted to meet and confer with Defendant Tyrone Williams to file an amended discovery plan, but Defendant has failed to respond.  Docket No. 60 at 2-3.  Plaintiff submits this proposed discovery plan to comply with the Court's order.  Docket No. 60 at 1-2; *see also* Docket No. 59.  Proposed discovery plans must be submitted jointly.  Local Rule 26-1(a).

Accordingly, Plaintiff's proposed discovery plan is **DENIED** without prejudice.  Docket No. 60.  Defendant Tyrone Williams must make himself available for a 26(f) conference no later than January 10, 2025.  The parties must file a joint discovery plan no later than January 13, 2025. **DEFENDANT TYRONE WILLIAMS' FAILURE TO COMPLY MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: January 6, 2025

Nancy J. Koppe
United States Magistrate Judge