1

2

3                    **UNITED STATES DISTRICT COURT**

4                         **DISTRICT OF NEVADA**

5

6    NATIONAL UNION FIRE INSURANCE          Case No. 2:22-cv-00382-CDS-NJK
     COMPANY OF PITTSBURGH, PA.,

7            Plaintiff,                                      **Order**

8    v.

9    TYRONE WILLIAMS, *et al.*,

10           Defendants.

11        On December 11, 2024, the Court ordered that, no later than January 10, 2025, Defendant

12   Tyrone Williams must either indicate to the Court that he intends to proceed *pro se* or new counsel

13   must enter an appearance on his behalf.  Docket No. 54.  Defendant Williams violated that order.

14   *See* Docket.  The Court again orders that, no later than January 28, 2025, Defendant Williams must

15   either file a notice that he intends to proceed *pro se* or new counsel must enter an appearance on

16   his behalf.  **FAILURE TO COMPLY MAY RESULT IN SANCTIONS.**

17        IT IS SO ORDERED.

18        Dated: January 14, 2025

19                                                    _____

20                                                    Nancy J. Koppe
                                                      United States Magistrate Judge

21

22

23

24

25

26

27

28

                                                    1