# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

Plaintiff,

v.

TYRONE WILLIAMS, *et al.*,

Defendants.

Case No. 2:22-cv-00382-CDS-NJK

**Order**

On January 28, 2025, Defendant Williams filed a notice. Docket No. 66. He requests that the Court "consider I (myself) be granted relief from defending my case and to be appointed council [sic]." *Id*. at 1. The Court construes this filing as a notice that Defendant intends to appear in this case *pro se*. The Court **INSTRUCTS** the Clerk's office to add Defendant's email address to the docket.

IT IS SO ORDERED.

Dated: January 29, 2025

Nancy J. Koppe
United States Magistrate Judge

1