# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

Plaintiff,

v.

TYRONE WILLIAMS, *et al.*,

Defendants.

Case No. 2:22-cv-00382-CDS-NJK

**Order**

Parties must refrain from including personal-data identifiers in documents filed with the Court. *See* Local Rule IC 6-1(a). Defendant Tyrone Williams's discovery documents includes addresses, tax identification numbers, and a social security number.[1] Docket No. 70-1 at 3, 70-4 at 3, 70-5 at 3.

Accordingly, the Clerk's Office is **INSTRUCTED** to seal Docket No. 70. <u>Defendant Williams must strictly comply with the redaction requirements for personal identifying information moving forward.</u>

IT IS SO ORDERED.

Dated: February 28, 2025

Nancy J. Koppe
United States Magistrate Judge

---

[1] Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.