UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, Pa., <br><br>          Plaintiff<br><br>v.<br><br>Tyrone Williams, et al.,<br><br>          Defendants | Case No. 2:22-cv-00382-CDS-NJK<br><br>**Order Directing Parties to File a Proposed Joint Pretrial Order** |

In January, the parties submitted their proposed amended stipulated discovery plan and scheduling order (ECF No. 62) which was entered on January 14, 2025 (ECF No. 64). Pursuant to that order, the parties were to file their joint pretrial order on June 27, 2025. *Id.* As of the date of this order, the parties have not filed a proposed joint pretrial order.

It is therefore ordered that the parties prepare and file a proposed joint pretrial order consistent with Local Rules 16-3 and 16-4 by August 13, 2025.

Dated: July 22, 2025

_____
Cristina D. Silva
United States District Judge