ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
KOELLER NEBEKER CARLSON & HALUCK, LLP
300 S. 4th St., Suite 500
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
Andrew.green@knchlaw.com
Attorneys for Plaintiff,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., as assignee and subrogee of Eleanor Holdings, Inc. and AutoSource Motors LLC,<br><br>Plaintiff<br>v.<br><br>TYRONE WILLIAMS, JAIDE JETER, NATASHA SHELTON, AUNDREA SCOTT, JUST J CUSTOMS, LLC, DP MOTOR-CARS, LLC, DEDICATED PARTS, LLC and DEDICATED PARTS GROUP, LLC,<br><br>Defendants | CASE NO.: 2:22-cv-00382-CDS-~~VCF~~ NJK<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between, Plaintiff, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Pa. (hereinafter "Plaintiff"), by and through its counsel of record, Andrew C. Green, Esq. of the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP and Defendant, TYRONE WLLIAMS

///
///
///
///
///
///
///

1  (hereinafter "Defendant"), and hereby stipulate and agree the Complaint by Plaintiff as against
2  Defendant is hereby dismissed with prejudice, each party to bear its own fees and costs.
3  DATED this 29th day of September, 2025.        DATED this 29th day of September, 2025.
4  KOELLER NEBEKER CARLSON
   & HALUCK, LLP
5
   By:   /s/Andrew C. Green                       By:   /s/Tyrone Williams
6        ANDREW C. GREEN, ESQ.                          TYRONE WILLIAMS
        Nevada Bar No. 9399                             212 D. Mathis Drive
7       300 S. 4th Street, Suite 500                    Rutherfordton, NC 28139
        Las Vegas, NV 89101                             Defendant
8       Attorneys for Plaintiff, NATIONAL
        UNION FIRE INSURANCE
9       COMPANY OF PITTSBURGH, Pa.

10

11      Based on the parties' stipulation, TYRONE WILLIAMS is dismissed with
12  prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly
13  instructed to close this case.
14      Dated: October 2, 2025

                                                    _____
15                                                  UNITED STATES DISTRICT JUDGE

16

17

18  Respectfully submitted by:

19  KOELLER NEBEKER CARLSON & HALUCK, LLP

20
    By:   /s/Andrew C. Green
21        ANDREW C. GREEN, ESQ.
          Nevada Bar No. 9399
22        300 S. 4th St., Suite 500
          Las Vegas, NV 89101
23        Phone: (702) 853-5500
          Fax: (702) 853-5599
24        Attorneys for Plaintiff,
          NATIONAL UNION FIRE INSURANCE
25        COMPANY OF PITTSBURGH, PA.

26

27

28

878149